# CASE ANNOUNCEMENTS

*March 25, 2010*

[Cite as *03/25/2010 Case Announcements*, 2010-Ohio-1179.]

# MOTION AND PROCEDURAL RULINGS

**2009–0897.   State v. Fischer.**
Summit App. No. 24406, 181 Ohio App.3d 758, 2009-Ohio-1491. This cause is pending before the court as an appeal from the Court of Appeals for Summit County. Upon consideration of the joint motion for leave for amicus curiae Ohio Prosecuting Attorneys Association to participate in oral argument scheduled for March 30, 2010, in support of the appellee,

It is ordered by the court that the motion is granted, and amicus curiae shall share the time allotted to appellee.

**2009–2104.   Doe v. Ronan.**
Certified Question of State Law, United States District Court, Southern District of Ohio, Western Division, No. 1:09CV243. This cause is before the court on the certification of a state law question. Upon consideration of petitioner's motion for leave to file a supplement,

It is ordered by the court that the motion is granted.

**2010–0510.   In re C.P.**
Franklin App. No. 09AP-823 and 09AP-854, 2010-Ohio-346. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon review of the appeal it appears that the case involves the termination of parental rights/adoption. Accordingly,

It is ordered by the court, sua sponte, that this case shall proceed according to the Rules of Practice of the Supreme Court of Ohio that pertain to the termination of parental rights or adoption of a minor child. Appellee's memorandum in response shall be filed no later than 20 days from the date of this entry.

# MISCELLANEOUS DISMISSALS

**2009–2345.   State ex rel. Mays v. Ohio Disposal Sys., Inc.**
Franklin App. No. 09AP-159, 2009-Ohio-6322. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2010–0049.   State ex rel. Ready v. Indus. Comm.**
Franklin App. No. 09AP-90, 2009-Ohio-6271. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.